UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IRENE MARIE BREAUX, Individually, and on behalf of her minor children, TCG and EJB, III, CANDACE MARY BREAUX, BRANDON BREAUX, ERICKA BREAUX AND JAMIE BREAUX

versus

THE GOODYEAR TIRE & RUBBER COMPANY, JOHN DOE AND NATHAN C.

C.A. NO. 2:15-cv-00837

JUDGE: Jay C. Zainey

Mag. Judge: Karen W. Roby

**AMENDED PETITION FOR DAMAGES**

NOW INTO COURT, come Plaintiffs, **IRENE MARIE BREAUX, Individually, and on behalf of her minor children, TABITHA CAROLINE BREAUX and ELWOOD JAMES BREAUX; III, CANDACE MARY BREAUX; BRANDON BREAUX; ERICKA BREAUX; and JAMIE BREAUX,** who respectfully amend their Petition for Damages as follows:

I.

The Plaintiffs amend Paragraph 8 of the original Petition for Damages as follows:

8.

At all times material hereto, Defendant Luther Harris, was the Manager of the Goodyear Auto Service Center located at 225 Lapalco Blvd., Gretna, Louisiana, where the tire which is the subject of this litigation was purchased, and was a resident of the Parish of Jefferson, State of Louisiana.

II.

The Plaintiffs amend Paragraph 9 of the original Petition for Damages as follows:

9.

At all times material hereto, Defendant Nathan Carter, was a Sales Associate at the Goodyear Service Auto Service Center located at 225 Lapalco Blvd., Gretna, Louisiana, where the tire which is the subject of this litigation was purchase, and was a resident of the Parish of Jefferson, State of Louisiana. Defendant Nathan Carter was the Sales Associate who conducted and processed the sale of the tire which is the subject of this litigation to Plaquemines Parish.

III.

The Plaintiffs amend Paragraph 26 of the original Petition for Damages as follows:

26.

It was the duty of Luther Harris and Nathan Carter to pass on all safety bulletins or warnings issued by Goodyear regarding the tire which is the subject of this litigation to the purchaser of the Tire, Plaquemines Parish. Neither Luther Harris, Nathan Carter, and anyone with Goodyear or Goodyear Auto Service Center passed on or relayed any warning to Plaquemines Parish of the dangers, tendencies, abilities and propensities to cause injury the Tire posed due to the failure of the tire sidewall through a so-called "zipper failure".

IV.

The Plaintiffs amend Paragraph 27 of the original Petition for Damages as follows:

27.

As a direct and proximate result of the acts and omissions of Goodyear and/or Luther Harris and/or Nathan Carter as set forth herein, the Decedent Elwood Breaux, Jr. suffered the following damages:

a. Pain and suffering;

b. Loss of society;

c. Loss of services;

d. Loss of enjoyment of life;

e. Medical expenses; and

f. Economic losses

V.

The Plaintiffs amend Paragraph 28 of the original Petition for Damages as follows:

28.

As the direct and proximate result of the actions and inactions of Goodyear and/or Luther Harris and/or Nathan Carter as set forth above, the Plaintiff Irene Marie Breaux suffered the following damages because of the injuries to and death of the Decedent Elwood J. Breaux, Jr.:

a. Past and future loss of society and consortium;

b. Past and future loss of services;

 c. Past and future loss of support and economic losses; and

 d. Funeral and burial expenses for the Decedent Elwood J. Breaux, Jr.

VI.

The Plaintiffs amend Paragraph 29 of the original Petition for Damages as follows:

29.

As a direct and proximate result of the actions and inactions of Goodyear and/or Luther Harris and/or Nathan Carter as set forth above, the Plaintiffs Tabitha Caroline Breaux, Elwood James Breaux, III, Candace Marie Breaux, Brandon Breaux, Ericka Breaux and Jamie Breaux suffered the following damages because of the injuries to and death of their father Elwood J. Breaux, Jr.:

 a. Past and future loss of society, consortium, nurturing and guidance;

 b. Past and future loss of services;

 c. Past and future economic loss.

VII.

The Plaintiffs amend their prayer to the original Petition for Damages as follows:

WHEREFORE, the premises considered, the Plaintiffs request service of process be made on the Defendants, Goodyear, Luther Harris, and Nathan Carter, and after due proceedings are had, Judgment be awarded the Plaintiffs against the Defendants Goodyear, Luther Harris, and Nathan Carter as follows:

a. For compensatory damages as itemized above for the injuries to and death of the Decedent Elwood Breaux, Jr. in an amount to be determined by the trier of fact;

b. Legal interest from the date of judicial demand until paid in full;

c. For all taxable costs; and

d. For such further and other relief as this Honorable Court may deem just and proper under the circumstances.

Respectfully submitted,

**MEEKS & ASSOCIATES, LLC**

*/s/ S. Daniel Meeks*

**S. DANIEL MEEKS (# 9407)**
**NICHOLAS J. LORUSSO (#21728)**
**LAURENCE R. DeBUYS ($14202)**
**DANIELLE M. MEEKS (#35245)**
3401 West Esplanade Avenue South
Suite 3
Metairie, Louisiana  70002
Telephone:  504/355-0020
Facsimile:   504/355-0024
Attorney for Plaintiffs
    - and -
**Bruce Kaster (Fla. 200271)**
**Skip E. Lynch (Fla. 21085)**
**Kaster & Lynch, P.A.**
125 NE First Ave, Suite 3
Ocala, FL  34470
Phone :     352/622-1600
Facsimile :  352/622-1611
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 13TH day of October, 2015, a copy of the foregoing Amended Petition for Damages was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record, by operation of the court's electronic filing system.

S. DANIEL MEEKS

**PLEASE SERVE FIRST AMENDED COMPLAINT:**

**GOODYEAR TIRE & RUBBER COMPANY**
**Through their attorneys of record**
Charles L. Chassaignac, IV
Porteous, Hainkel & Johnson
343 Third Street, Suite 302
Baton Rouge, LA   70801

David R. Tippetts, Esq.
Weinstein, Tippetts & Little, LLP
7500 San Felipe, Suite 500
Houston, TX   77063

Thad K. Jenks, Esq.
Weinstein, Tippetts & Little, LLP
7500 San Felipe, Suite 500
Houston, TX   77063

**PLAQUEMINES PARISH GOVERNMENT**
**Through its attorney of record**
James D. Hollier
Neuner Pate
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA  70503

**PLEASE SERVE:  continued on next page**

**PLEASE SERVE ORIGINAL PETITION
AND AMENDED COMPLAINT:**

**LUTHER HARRIS**
c/o Goodyear Auto Service Center
225 Lapalco Blvd.
Gretna, LA   70056

**NATHAN CARTER**
9165 Guardian Avenue
Gretna, LA   70056