UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRENE MARIE BREAUX, Individually, and on behalf of her minor children, TCB and EJB, III, CANDACE MARY BREAUX, BRANDON BREAUX, ERICKA BREAUX AND JAMIE BREAUX | C.A. NO. 2:15-cv-00837<br><br>JUDGE: Jay C. Zainey<br><br>Mag. Judge: Karen W. Roby |

versus

THE GOODYEAR TIRE & RUBBER COMPANY, JOHN DOE AND NATHAN C.

**MOTION OF THE PLAINTIFFS TO REMAND
TO STATE COURT**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Irene Marie Breaux, Individually, and on behalf of her minor children, TCG and EJB, III, Candace Mary Breaux, Brandon Breaux, Ericka Breaux, and Jamie Breaux, and upon asserting to this Honorable Court, Defendant The Goodyear Tire & Rubber Company [Goodyear], removed this litigation, which was filed by the Plaintiffs in the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana, [State Court] Case No. 61-964, Div. "B"; *Irene Marie Breaux, Individually, and on behalf of her minor children, Tabitha Caroline Breaux and Elwood James Breaux, III, Candace Mary Breaux, Brandon Breaux, Ericka Breaux and Jamie Breaux*, from State Court "based on 28 U.S.C. §1332 (a)(1) in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between . . . citizens of different states,'"[1] that for the

---

[1] Defendant The Goodyear Tire & Rubber Company's Notice of Removal [Notice of Removal] ¶3.

reasons more fully set forth in the attached Memorandum in Support of the Motion to Remand, attached hereto, and adopted herein as if set forth *in extenso*, this Honorable Court does not have subject matter jurisdiction over the claims of the Plaintiffs, and therefore, respectfully requests this Honorable Court issue an Order remanding this matter to State Court.

                                        Respectfully submitted,

                                        **MEEKS & ASSOCIATES, LLC**

                                        /s/ Daniel Meeks
                                        **S. DANIEL MEEKS (# 9407)**
                                        **NICHOLAS J. LORUSSO (#21728)**
                                        **LAURENCE R. DeBUYS ($14202)**
                                        **DANIELLE M. MEEKS (#35245)**
                                        3401 West Esplanade Avenue South
                                        Suite 3
                                        Metairie, Louisiana 70002
                                        Telephone: 504/355-0020
                                        Facsimile: 504/355-0024
                                               - and -
                                        **Bruce Kaster (Fla. 200271)**
                                        **Skip E. Lynch (Fla. 21085)**
                                        **Kaster & Lynch, P.A.**
                                        125 NE First Ave, Suite 3
                                        Ocala, FL 34470
                                        Phone : 352/622-1600
                                        Facsimile : 352/622-1611
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2016, a copy of the foregoing Motion of the Plaintiffs to Remand to State Court was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record, by operation of the court's electronic filing system.

/s/ S. Daniel Meeks
S. DANIEL MEEKS