UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IRENE MARIE BREAUX, ET AL. | | CIVIL ACTION |
|---|---|---|
| VERSUS | | NO: 15-0837 |
| GOODYEAR TIRE & RUBBER CO., ET AL. | | SECTION: "A" (4) |

### ORDER

Before the Court is a **Motion to Remand to State Court (Rec. Doc. 50)** filed by Plaintiffs. In light of the addition of new parties in this case, the Court no longer has subject matter jurisdiction and therefore remands the case pursuant 28 U.S.C. § 1447(c).

Accordingly,

**IT IS ORDERED** that the **Motion to Remand to State Court (Rec. Doc. 50)** is **GRANTED**;

**IT IS FURTHER ORDERED** that this matter is hereby **REMANDED** to the 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana.

New Orleans, Louisiana, April 13, 2016

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE